WILLIAM MEYER, Respondent, v. ELSIE C. MEYER, Appellant.— Order denying defendant's motion for alimony *pendente lite* and counsel fees affirmed, without costs. No opinion. Davis, Johnston, Adel and Close, JJ., concur; Hagarty, J., concurs in the denial of alimony *pendente lite* but dissents from the denial of counsel fees.

MICHEL COSMETICS, INC., Respondent, v. ARISTIDES G. TSIRKAS and Others, Defendants, and ZANDE COSMETIC Co., INC., Appellant.— That part of the order which directs that books, records and documents be produced on the examination and that plaintiff be permitted to make copies of them is modified so as to direct that such books, records and documents be produced for the purpose only of refreshing the recollection of the witness examined. (*Bencoe* v. *McDonnell*, 210 App. Div. 859.) As so modified, the order is affirmed, without costs; the examination to proceed on five days' notice. No opinion. Hagarty, Davis, Johnston, Adel and Close, JJ., concur.

FRED MONTEFORTE and MARIA MONTEFORTE, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— In an action to recover damages for personal injuries to the plaintiff-infant, now of age, caused by the negligence of the appellant, and for loss of services and medical expenses paid by the plaintiff-mother, judgment in favor of the plaintiffs unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Davis, Adel and Close, JJ.

GERTRUDE T. NEWTON, Respondent, v. SAMUEL E. NEWTON, Appellant.— Judgment for plaintiff in a separation action unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES FLEISCHER, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Brooklyn, convicting the defendant of a violation of section 163 of the Sanitary Code, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM GOLDSTEIN, Appellant.— Judgment by a city magistrate, sitting as a Court of Special Sessions of the City of New York, Borough of Queens, convicting the defendant of a violation of section 70, subdivision 5-a, of the Vehicle and Traffic Law (leaving the scene of an accident) unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN GREG, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting defendant of violating section 986, Penal Law, and order denying defendant's motion to set aside the judgment and for a new trial, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.